| | |
|---|---|
| 1 | Eric J. Hardeman (State Bar No. 253489) |
| | ejhardeman@jonesday.com |
| 2 | JONES DAY |
| | 3161 Michelson Dr., Ste 800 |
| 3 | Irvine, CA  92612 |
| | Telephone:  (949) 851-3939 |
| 4 | Facsimile:   (949) 553-7539 |
| 5 | |
| | Attorney for Defendant |
| 6 | EXPERIAN INFORMATION SOLUTIONS, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA MARIE AGUILAR-DAVIS | Case No.: 11-cv-00461 JVS (JCx) |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S CERTIFICATE OF INTERESTED ENTITIES** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC | |
| Defendant. | |

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") certifies pursuant to Local Rule Civil Rule 7.1 that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

       1.    Parent Companies:  The ultimate parent company of Experian is Experian plc.

IRI-19214v1

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

(a) First American Real Estate Solutions, LLC
(b) First American Real Estate Solutions II, LLC
(c) Vehicle Title, LLC
(d) Central Source LLC
(e) Online Data Exchange LLC
(f) New Management Services LLC
(g) VantageScore Solutions LLC
(h) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated: April 13, 2011          Respectfully submitted,

/s/ Eric J. Hardeman
Eric J. Hardeman
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

IRI-19214v1                              2

# CERTIFICATE OF SERVICE

I, Eric J. Hardeman, declare I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.  On **April 13, 2011**, I served, by electronic transmission, a copy of:

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S CERTIFICATE OF INTERESTED ENTITIES**

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

Stephanie R. Tatar                                         *Attorneys for Plaintiff*
Stephanie@thetatarlawfirm.com
Tatar Law Firm, APC
3500 W. Olive Avenue, Ste 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile:  (888) 778-5695

Executed on **April 13, 2011**, at Irvine, California.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/  Eric J. Hardeman*
　　　　　　　　　　　　　　　　　　　　　　　　　Eric J. Hardeman

IRI-19214v1                                               3